**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Joan M. McName,

       Plaintiff,                      Civil No. 08-1691 (RHK/JJK)

vs.                                 **DISQUALIFICATION AND**
                                    **ORDER FOR REASSIGNMENT**
Wyeth, Inc., Wyeth Pharmaceuticals,
Inc., Pfizer, Inc., Pharmacia & Upjohn
Company, LLC,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 10, 2008

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge